■ IRWIN KLEIN et al., Appellants, v JAY-K INDEPENDENT LUMBER CORP., Respondent. [661 NYS2d 808] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murad, J. (Appeal from Order of Supreme Court, Oneida County, Murad, J.—Dismiss Complaint.) Present—Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.

■ FRANK L. PALMISANO, Appellant, v ALLEN-BUFFALO, INC., Individually and Doing Business as GABRIEL'S GATE, et al., Respondents. [661 NYS2d 580] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sconiers, J. (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.